**Matter of the Petition for Review of an Administrative Agency action of Maria Rodriguez Gomez GARCIA, Petitioner-Appellant,**

v.

**Edward J. SHAUGHNESSY, District Director, New York District, Immigration and Naturalization Service, Respondent-Appellee.**

No. 306, Docket 23922.

United States Court of Appeals Second Circuit.

Argued May 9, 1956.

Decided May 9, 1956.

George Moerman, New York City (Nicholas Atlas, New York City, of counsel), for appellant.

Paul W. Williams, U. S. Atty., for Southern Dist. of N. Y., New York City (Charles J. Hartenstine, Jr., Asst. U. S. Atty., New York City, of counsel), for appellee.

Before CLARK, Chief Judge, and FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.

**TIPPER TIE, Inc.,**

v.

**HERCULES FASTENERS, Inc., Appellant.**

No. 11742.

United States Court of Appeals Third Circuit.

Argued April 12, 1956.

Decided May 10, 1956.

Robert S. Dunham, New York City (Richard R. O'Connor, Elizabeth, N. J., Albert F. Bower, New York City, on the brief), for appellant.

Peter J. Gaylor, Elizabeth, N. J., Joseph Harrison, Newark, N. J. (Stoffer & Jacobs, by David Stoffer, Newark, N. J., on the brief), for appellee.

Before BIGGS, Chief Judge, and McLAUGHLIN and STALEY, Circuit Judges.

PER CURIAM.

An examination of the record in this case, of the briefs of the parties, and consideration of the oral arguments convince us that the court below committed no error. Accordingly, the judgment of the court below will be affirmed upon the opinion of Judge Hartshorne, D.C.D.N.J. 1955, 130 F.Supp. 3.